JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone: 916.441.2196;
Facsimile: 916.441.5208

Attorneys for Plaintiff LINDA HARDY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HARDY,<br><br>                                Plaintiff,<br>v.<br><br>HEALTH NET OF CALIFORNIA, INC.,<br><br>                                Defendant. | Case No.  Civ-S-04-1190 DFL PAN<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND RELATED SCHEDULING TIMELINES** |

PURSUANT TO LOCAL RULES 6-144 AND 83-143, AND SUBJECT TO THE APPROVAL OF THIS COURT, the parties to the above-referenced action, through their undersigned counsel, hereby stipulate and respectfully request the continuance of the trial date and related scheduling timelines in this matter as follows:

1. the last day to complete discovery be continued from May 20, 2005 to August 26, 2005;

2. the last day to file dispositive motions be continued from June 15, 2005 (with a hearing date of July 13, 2005) to October 5, 2005 (with a hearing date of November 9, 2005);

////

////

3. the pre-trial conference be continued from August 26, 2005 at 2:00 p.m. to January 13, 2006 at 2:00 p.m.;

4. the trial date be continued from September 26, 2005 to February 27, 2006.

The parties contend that there is good cause for this request. The parties have agreed to participate in the Court's Voluntary Dispute Resolution Program[1]. The parties thus seek the continuance of the above dates so that the parties can avoid incurring additional legal fees and expenses associated with the completion discovery and filing of dispositive motions prior to attempting to resolve this matter. The parties expect to complete VDRP by July 2005 thus leaving the parties sufficient time to adhere to the continued timelines if a settlement is not reached.

BEESON, TAYER & BODINE – APC

Dated:   /s/  Costa Kerestenzis
Costa Kerestenzis,
Attorneys for Plaintiff
LINDA HARDY

BALLARD, ROSENBERG, GOLPER & SAVITT, LLP

Dated:   /s/  Wendy Moss
Wendy Moss,
Attorneys for Defendant
HEALTH NET, INC.

**IT IS SO ORDERED:**

Dated: **5/11/2005**    /s/ David F. Levi
HON. DAVID F. LEVI
United States District Judge

---

[1] The parties are filing concurrently herewith a stipulation and proposed order seeking referral to the Court's Voluntary Dispute Resolution Program.

Stipulation re Trial Date and Scheduling Timelines; Order                                                                 2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 - 6th Street, Suite 500, Sacramento, California 95814. On this day I served the foregoing Document(s): **STIPULATION AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND RELATED SCHEDULING TIMELINES**

**X  By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Wendy Moss, Esq.
Ballard Rosenberg et al LLP
10 Universal City Plaza 16FL
Universal City, CA 91608-1097

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

Wendy Moss, Esq.
Fax No. (818) 506-4827

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on May 10, 2005.

   /s/   Trisha Martin
Trisha Martin
BEESON, TAYER & BODINE