JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC.**
1001 – 6th Street, Suite 500
Sacramento, CA  95814
Telephone: 916.441.2196;
Facsimile: 916.441.5208

Attorneys for Plaintiff LINDA HARDY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HARDY,<br><br>                         Plaintiff,<br>v.<br><br>HEALTH NET OF CALIFORNIA, INC.,<br><br>                         Defendant. | Case No.  Civ-S-04-1190 DFL PAN<br><br>**STIPULATION AND REQUEST FOR REFERRAL TO THE COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

PURSUANT TO LOCAL RULES 16-271 AND 83-143, AND SUBJECT TO THE APPROVAL OF THIS COURT, the parties to the above-referenced action, through their undersigned counsel, hereby stipulate and respectfully request the referral of this case to the Court's Voluntary Dispute Resolution Program.  The parties have begun settlement discussions and believe that referral to VDRP will assist in resolving this matter.

///

///

///

///

1
2                                                          BEESON, TAYER & BODINE – APC

3     Dated:                                                 /s/  Costa Kerestenzis
4                                                          Costa Kerestenzis,
                                                           Attorneys for Plaintiff
5                                                          LINDA HARDY
6
7
8
9                                                          BALLARD, ROSENBERG, GOLPER &
                                                           SAVITT, LLP
10
11    Dated:                                                 /s/   Wendy Moss
12                                                         Wendy Moss,
                                                           Attorneys for Defendant
13                                                         HEALTH NET, INC.
14
15
16
**IT IS SO ORDERED:**
17
18
19
20
21    Dated:  5/11/2005                                      /s/ David F. Levi
22                                                         HON. DAVID F. LEVI
                                                           United States District Judge
23
24
25
26
27
28

Stipulation re VDRP; Order                                                                    2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California.  I am over the age of eighteen (18) years and not a party to the within cause.  My business address is 1001 - 6th Street, Suite 500, Sacramento, California 95814.  On this day I served the foregoing Document(s): **STIPULATION AND REQUEST FOR REFERRAL TO THE COURT'S VOLUNTARY DISPUTE RESOLUTION PROGRAM**

**X  By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

> Wendy Moss, Esq.
> Ballard Rosenberg et al LLP
> 10 Universal City Plaza 16FL
> Universal City, CA 91608-1097

☐  **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the address(es) set forth below:

☐  **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure §1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below.   Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐  **By Facsimile Transmission,** in accordance with Code of Civil Procedure §1013(e), to the following party(ies) at the facsimile numbers indicated below.

> Wendy Moss, Esq.
> Fax No. (818) 506-4827

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Sacramento, California, on May 10, 2005.

>   /s/   Trisha Martin
> Trisha Martin
> BEESON, TAYER & BODINE