JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, T A YER & BODINE, APe.**
1001 - 6th Street, Suite 500
Sacramento, CA 95814
Telephone: 916.441.2196;
Facsimile: 916.441.5208

FILED

AUG 2 6 2005

OK/HAV  CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff LINDA HARDY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA HARDY,

        Plaintiff,

v.

HEALTH NET OF CALIFORNIA, INC.,

        Defendant.

Case No. Civ-S-04-1190 DFL PAN

**AMENDED STIPULATION AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND RELATED SCHEDULING TIMELINES; [PROPOSED] ORDER**

PURSUANT TO LOCAL RULES 6-144 AND 83-143, AND SUBJECT TO THE APPROVAL OF THIS COURT, the parties to the above-referenced action, through their undersigned counsel, hereby stipulate and respectfully request the continuance of the trial date and related scheduling timelines in this matter as follows:

1. the last day to complete discovery be continued from August 26, 2005 to November 18, 2005;

2. the last day to file dispositive motions be continued from October 5, 2005 (with a hearing date of November 9, 2005) to January 11, 2006 (with a hearing date of February 15, 2006 at 10:00 a.m.);

3. the pre-trial conference be continued from January 13, 2006 at 2:00 p.m., to April 14, 2006 at 3:00 p.m., with a joint pretrial statement to be filed by the parties on or before April 7, 2006;

4. the trial date be continued from February 27, 2006 to May 30, 2006 at 9:00 a.m.

The parties contend that there is good cause for this request. The parties previously requested a continuance of the above dates following the parties' agreement to participate in the Court's Voluntary Dispute Resolution Program (VDRP). The parties sought the continuance, at that time, in order to avoid incurring additional legal fees and expenses associated with the completion discovery and filing of dispositive motions prior to attempting to resolve this matter through VDRP. The Court granted the continuance and the parties expected to complete VDRP by July 2005, leaving the parties sufficient time to adhere to the new deadlines.

However, the parties have experienced unexpected delays in scheduling the VDRP session. Specifically, the first Neutral selected by the parties had to recuse herself because of a conflict. As a result, the parties had to go through the selection process anew. The parties have now selected a Neutral and a VDRP session has been scheduled for September 22, 2005. Accordingly, continuance to the requested dates will allow the parties to complete the VDRP session without incurring additional costs and expenses, and allow the parties sufficient time to complete discovery and file dispositive motions if settlement is not reached at the VDRP session.

Dated: 08/22/05

BEESON, TAYER & BODINE - APC

*Jkij*-----..

Costa Kerestenzis,
Attorneys for Plaintiff
LINDA HARDY

BALLARD) ROSENBERG) GOLPER &
SAVITT. LLP

Dated: 08/18/2005~

W~ *(YIFyy*
Wendy Moss,
Attorneys for Defendant
HEALTH NET OF CALIFORNIA) INC.

**IT IS SO ORDERED:**

Dated: 8/26/2005

HON. DAVID F. LEVI
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

I declare that I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 1001 - 6th Street, Suite 500, Sacramento, California 95814. On this day I served the foregoing Document(s):

. **AMENDED STIPULATION AND REQUEST FOR CONTINUANCE OF TRIAL DATE AND RELATED SCHEDULING TIMELINES; [PROPOSED] ORDER**

☒ **By Mail** on the following party(ies) in said action in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Sacramento, California, addressed as follows:

Wendy Moss, Esq.
Ballard Rosenberg, et al. LLP
10 Universal City Plaza, 16th Floor
Universal City, CA 91608-1097

☐ **By Personal Delivering** a true copy thereof, in accordance with Code of Civil Procedure §1011, to the person(s) and at the addressees) set forth below:

☐ **By Overnight Delivery** on the following party(ies) in said action, in accordance with Code of Civil Procedure § 1013(c), by placing a true and correct copy thereof enclosed in a sealed envelope, with delivery fees prepaid or provided for, in a designated outgoing overnight mail, addressed as set forth below. Mail placed in that designated area is picked up that same day, in the ordinary course of business for delivery the following day via United States Postal Service Express Mail.

☐ **By Facsimile Transmission,** in accordance with Code of Civil Procedure § 1013(e), to the following party(ies) at the facsimile numbers indicated below.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California, on this date, August 22, 2005 .

~ 1(. :~
Mer K. Schmidgall
BEESON, T A YER &
BODINE 100 1_6th Street,
Suite 500 Sacramento, CA
95814